```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
CERTAIN INERESTED UNDERWRITERS
SUBSCRIBING TO POLICY NO.
MARCW2350563, ET AL.,                    24-cv-5267 (JGK)

                Plaintiffs,              ORDER

        - against -

MSC MEDITERRANEAN SHIPPING CO.
S.A.,

                Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by October 1, 2024.

SO ORDERED.

Dated:   New York, New York
         September 16, 2024

                                         _____
                                              John G. Koeltl
                                         United States District Judge