

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

September 21, 2024

**Via CM/ECF System**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

> *Time to submit the Rule 26(f) report extended to 10/18/24. Conf. on 11/4/24 is cancelled. So Ordered.*
> *JGKoeltl*
> *U.S.D.J.*
> *9/23/24*

**Re:** **Joint Request for Extension of Time to Submit Rule 26(f) Report**
*Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
SDNY Case No. 24-cv-5267 (JGK)

Dear Judge Koeltl:

We represent Plaintiffs in the above-referenced action. Pursuant to section I.E of Your Honor's individual rules, we write jointly with counsel for Defendant MSC to request a two-week extension of time to submit the parties' Rule 26(f) report. This is the first such request.

Under the Court's September 16, 2024 Order (ECF No. 9), the parties currently are required to submit their report by October 1, 2024. While counsel have discussed potential dates on which to meet and confer, the undersigned will be traveling abroad next week. Accordingly, the parties respectfully request a short extension and leave to file their Rule 26(f) report by October 15, 2024 so that counsel can confer on a mutually available date upon the undersigned's return. The parties do not seek an adjournment of the initial pretrial conference scheduled for November 4, 2024 and will be prepared to attend should the Court still wish to proceed on that date.

We thank the Court for its attention to the foregoing and stand ready to answer any questions that the Court may have with respect to the parties' extension request.

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359