**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CERTAIN INTERESTED UNDERWRITERS
SUBSCRIBING TO POLICY NO. MARCW2350563,
et al.,

|                          |                          |
|--------------------------|--------------------------|
|              Plaintiffs, |      **24-CV-5267 (JGK)** |
|         -against-        |           **ORDER**       |

MSC MEDITERRANEAN SHIPING
COMPANY S.A.,

                               Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Tuesday,**

**November 19, 2024 at 3:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's

AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code**

**[9781335].**

          **SO ORDERED.**

DATED:     New York, New York
           October 23, 2024

                                               _____

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge