UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CERTAIN INTERESTED UNDERWRITERS
SUBSCRIBING TO POLICY NO. MARCW2350563,
et al.,

                                  Plaintiffs,              **24-CV-5267 (JGK)**

          -against-                                  **ORDER**

MSC MEDITERRANEAN SHIPING
COMPANY S.A.,

                                Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The pre-settlement conference call in this matter scheduled for Tuesday, November 19, 2024 at 3:30 p.m. is hereby rescheduled for **Wednesday, December 4, 2024 at 4:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [73583379#].**

        **SO ORDERED.**

DATED:    New York, New York
                November 6, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge